COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:          May 3, 2013

Case Numbers: 03-12-00610-CV & 03-12-00715-CV
Trial Court No.: D-1-GN-12-000798

Style:          Nancy C. Perez and Jose A. Perez v. Texas Medical Board

The enclosed opinion and judgments were sent this date to the following persons:

Ms. Nancy C. Perez
10223 Broadway, Suite P317
Pearland, TX 77584-8417

Mr. Ted A. Ross
Assistant Attorney General
Administrative Law Division
P. O. Box 12548
Austin, TX 78711-2548

Mr. Jose A. Perez
10223 Broadway, Suite P317
Pearland, TX 77584-8417

The Honorable Scott H. Jenkins
Judge, 53rd District Court
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767

The Honorable Amalia Rodriguez-Mendoza
District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767